**E-filed 10/19/06**

1 | DARRYL P. RAINS (State Bar No. 104802)
MORRISON & FOERSTER LLP
2 | 755 Page Mill Road
Palo Alto, California 94304-1018
3 | Telephone: (650) 813-5600
Facsimile: (650) 494-0792
4 | Email: DRains@mofo.com

5 | DIANE E. PRITCHARD (State Bar No. 96999)
MORRISON & FOERSTER LLP
6 | 425 Market Street
San Francisco, CA 94105-2482
7 | Telephone: (415) 268-7000
Facsimile: (415) 268-7522
8 | Email: DPritchard@mofo.com

9 | Attorneys for Defendants
TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10 | GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
MANOLIU, and DITECH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD W. NEWMAN, Derivatively on Behalf of Nominal Defendant DITECH NETWORKS, INC., | Case No. C 06-05157 JF |
| Plaintiff, | **STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| TIMOTHY K. MONTGOMERY, SERGE STEPANOFF, WILLIAM J. TAMBLYN, TONI M. BELLIN, ROBERT T. DEVINCENZI, GREGORY M. AVIS, WILLIAM A. HASLER and ANDREI M. MANOLIU, | |
| Defendants, | |
| – and – | |
| DITECH NETWORKS, INC., | |
| Nominal Defendant. | |

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT
Case No. C 06-15157 JF
sf-2210349

1  IT IS HEREBY STIPULATED by and between plaintiff Donald W. Newman, on the one hand, and defendants Timothy K. Montgomery, William J. Tamblyn, Gregory M. Avis, William A. Hasler, Andrei M. Manoliu, and Ditech Networks, Inc. (collectively "Defendants"), on the other hand, through their respective counsel herein, that Defendants shall have a 30-day extension of time from October 18, 2006, *i.e.*, through and including November 17, 2006, within which to respond to the complaint in this action.

Dated: October 17, 2006

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
ALAN R. PLUTZIK
L. TIMOTHY FISHER
KATHRYN A. SCHOFIELD

- and -

SCHIFFRIN & BARROWAY LLP
ERIC L. ZAGAR
SANDRA G. SMITH


By   s/ Kathryn A. Schofield

Attorneys for Plaintiff
DONALD W. NEWMAN


Dated: October 17, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD


By   s/ Diane E. Pritchard

Diane E. Pritchard
Attorneys for Defendants TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN, GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M. MANOLIU, and DITECH NETWORKS, INC.

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT
Case No. C 06-15157 JF
sf-2210349

1

1  I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2 Stipulation Regarding Time To Respond To Complaint.  In compliance with General Order 45,

3 X.B., I hereby attest that Kathryn A. Schofield, attorney for Plaintiff, Donald W. Newman, has

4 concurred in this filing.

5

6

7  Dated: October 17, 2006            MORRISON & FOERSTER LLP
                                      DARRYL P. RAINS
8                                     DIANE E. PRITCHARD

9

10                                    By      s/ Diane E. Pritchard

11                                        Diane E. Pritchard
                                       Attorneys for Defendants TIMOTHY K.
12                                     MONTGOMERY, WILLIAM J. TAMBLYN,
                                       GREGORY M. AVIS, WILLIAM A.
13                                     HASLER, ANDREI M. MANOLIU, and
                                       DITECH NETWORKS, INC.
14

15

16 **PURSUANT TO STIPULATON, IT IS SO ORDERED.**

17 Dated:  October  19, 2006.

18                                     _____
                                       The Honorable Jeremy Fogel
19                                     United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT                              2
Case No. C 06-15157 JF
sf-2210349