1   DARRYL P. RAINS (State Bar No. 104802)
    MORRISON & FOERSTER LLP
2   755 Page Mill Road
    Palo Alto, California  94304-1018
3   Telephone: (650) 813-5600
    Facsimile: (650) 494-0792
4   Email: DRains@mofo.com

5   DIANE E. PRITCHARD (State Bar No. 96999)
    MORRISON & FOERSTER LLP
6   425 Market Street
    San Francisco, CA  94105-2482
7   Telephone: (415) 268-7000
    Facsimile:  (415) 268-7522
8   Email: DPritchard@mofo.com

9   Attorneys for Defendants
    TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10  GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
    MANOLIU, and DITECH NETWORKS, INC.

11

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  In re DITECH NETWORKS, INC.           Case No. C 06-05157 JF
    DERIVATIVE LITIGATION
18                                        STIPULATION AND
                                          [PROPOSED] ORDER
19                                        (1) RELATING AND
                                          CONSOLIDATING RELATED
    This Document Relates To: All Actions ACTIONS, (2) APPOINTING CO-
20                                        LEAD PLAINTIFF AND CO-
                                          LEAD PLAINTIFFS' COUNSEL,
21                                        AND (3) RE-SETTING CASE
                                          MANAGEMENT CONFERENCE
22

23

24       WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25  *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.*  (Case No.

26  C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27  *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech") against various individuals alleging that those defendants engaged in the improper backdating of certain stock option grants during the period 1999 through 2001; and

WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation Order"); and

WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman* and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's attention" (Exh. A at ¶ 2); and

WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been filed in this Court; and

WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief on behalf of the company arising out of alleged improper backdating of stock option grants since 1999; and

WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (s*ee* Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead Counsel in this action; and

1  WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2  appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3  Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4  Lead Counsel; and

5  WHEREAS a case management conference date set in one of the two originally

6  consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7  the other action was not vacated; and

8  WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9  by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10  service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11  (*see* Exh. A at ¶¶ 16-19); and

12  WHEREAS the parties believe it would serve the interests of judicial efficiency and

13  effective case management to conduct the case management conference after the *Lau* action has

14  been consolidated in this proceeding,

15  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16  Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17  respective counsel of record, as follows:

18  1.  The *Lau* action should be related to and consolidated for all purposes with *In re*

19  *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20  Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21  Consolidation Order.

22  2.  A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23  which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24  served no later than December 22, 2006.

25  3.  The case management conference previously set in one of the consolidated actions

26  for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27  2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

3

1   Dated:  November 28, 2006         SCHIFFRIN & BARROWAY LLP
                                      ERIC L. ZAGAR
2                                     SANDRA G. SMITH

3                                     Proposed Co-Lead Counsel for Plaintiffs

4                                           - and -

5                                     BRAMSON, PLUTZIK, MAHLER &
                                      BIRKHAEUSER, LLP
6                                     ALAN R. PLUTZIK
                                      L. TIMOTHY FISHER
7                                     KATHRYN A. SCHOFIELD

8                                     Counsel for Plaintiffs Donald W. Newman
                                      and James McKenna
9

10                                    By _____ s/ Sandra G. Smith _____
11

12  Dated:  November 28, 2006         LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
13                                    WILLIAMS S. LERACH
                                      DARREN J. ROBBINS
14                                    TRAVIS E. DOWNS III
                                      SHAWN A. WILLIAMS
15
                                      Proposed Co-Lead Counsel for Plaintiffs
16
                                            - and -
17
                                      SHUMAN & BERENS LLP
18                                    KIP B. SHUMAN

19                                    Counsel for Plaintiff Kenneth Lau

20

21                                    By _____ s/ Aelish Baig _____

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  November 28, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD


By _____ s/  Diane E. Pritchard _____
          Diane E. Pritchard
Counsel for Defendants DITECH
NETWORKS, INC., TIMOTHY K.
MONTGOMERY, WILLIAM J.
TAMBLYN, GREGORY M. AVIS,
WILLIAM A. HASLER, and ANDREI M.
MANOLIU

1   |   I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2   Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3   Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4
5   Conference.  In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

6   Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

7

8   Dated:  November 28, 2006              MORRISON & FOERSTER LLP
9                                          DARRYL P. RAINS
                                           DIANE E. PRITCHARD
10

11                                         By _____s/  Diane E. Pritchard_____
12                                             Diane E. Pritchard
                                            Counsel for Defendants DITECH
13                                          NETWORKS, INC., TIMOTHY K.
                                           MONTGOMERY, WILLIAM J.
14                                          TAMBLYN, GREGORY M. AVIS,
                                           WILLIAM A. HASLER, and ANDREI M.
15                                          MANOLIU

16

17   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18
19   Dated:  ___11/28/06_____

20                                         _____
                                           Honorable Jeremy Fogel
                                           United States District Judge
21

22

23

24

25

26

27

28