**SCHIFFRIN & BARROWAY, LLP**      **E-filed 1/18/07**
Eric L. Zagar
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
*Attorneys for Plaintiffs*

**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**
Shawn A. Williams
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4535
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC., <br><br> *This Document Related to: All Actions* | Master Case No. C-06-05157 JF <br><br> **STIPULATION REGARDING EXTENSION OF PLEADING SCHEDULE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel herein, as follows:

1. Plaintiffs shall have a three-week extension of time from December 22, 2006 through and including January 12, 2007, within which to file their consolidated complaint, which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints.

2. Defendants' time to respond to the consolidated complaint, whether by pleading, answer, motion or otherwise, shall be no later than forty-five (45) days following the service on Defendants of the consolidated complaints.

3. Plaintiffs' opposition to any motion to dismiss filed by Defendants shall be no later than forty-five (45) days following the service of any motion to dismiss.

4. Defendants' reply papers, if any, shall be served no later than thirty (30) days after Plaintiffs' opposition.

IT IS SO STIPULATED.

Dated: December 27, 2006            LERACH COUGHLIN STOIA GELLER RUDMAN
                                    & ROBBINS LLP

                                     /s/ Shawn A. Williams
                                    Shawn A. Williams
                                    *Co-Lead Counsel for Plaintiffs*

                                    And

                                    SCHIFFRIN & BARROWAY, LLP
                                    Eric L. Zagar
                                    *Co-Lead Counsel for Plaintiffs*

Dated: December 27, 2006            MORRISON & FOERSTER LLP

                                     /s/ Diane E. Pritchard
                                    Diane E. Pritchard
                                    425 Market Street
                                    San Francisco, CA 94105-2485
                                    Telephone: (415) 268-7000
                                    Facsimile: (415) 268-7522
                                    *Attorneys for Defendants*

I, Eric L. Zagar, am the ECF User whose ID and password are being used to file this Stipulation Regarding Extension of Pleading Schedule. In compliance with General Order 45, X.B., I hereby attest that Diane E. Pritchard, attorney for Defendants, has concurred in this filing.

Dated: December 27, 2006               SCHIFFRIN & BARROWAY, LLP


                                        /s/ Eric L. Zagar
                                        Eric L. Zagar
                                        *Co-Lead Counsel for Plaintiffs*

\*     \*     \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __January 18__, 2006               _____
                                                        Honorable Jeremy Fogel
                                                        United States District Judge