LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Shawn A. Williams (213113)
Monique C. Winkler (213031)
Aelish Baig
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 299-4534
    -and-
LERACH COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
Thomas G. Wilhelm (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@lerachlaw.com
bennyg@lerachlaw.com
twilhelm@lerachlaw.com

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


**E-filed 2/23/07**

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC., <br><br> *This Document Relates to:  All Actions* | Master Case No. C-06-05157 JF <br><br> **CORRECTED STIPULATION  AND [PROPOSED] ORDER REGARDING (1) FILING AMENDED COMPLAINT, (2) RE-SETTING PLEADING SCHEDULE AND (3) RE-SETTING CASE MANAGEMENT CONFERENCE** |

1    IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their

2    respective counsel herein, as follows:

3    1.    Plaintiffs shall have until March 2, 2007 to file a consolidated amended

4    complaint, which will supersede all existing complaints filed in these actions. Defendants need

5    not respond to any of the pre-existing consolidated complaint.

6    2.    Defendants' time to respond to the consolidated amended complaint, whether by

7    pleading, answer, motion or otherwise, shall be no later than thirty (30) days following the

8    service on Defendants of the consolidated amended complaint.

9    3.    Plaintiffs' opposition to any motion to dismiss filed by Defendants shall be no

10    later than thirty (30) days following the service of any motion to dismiss.

11    4.    Defendants' reply papers, if any, shall be served no later than twenty (20) days

12    after Plaintiffs' opposition.

13    5.    The case management conference currently scheduled for February 23, 2007 shall

14    be vacated and reset for August 3, 2007.

15    IT IS SO STIPULATED.

16

17    Dated: February 21, 2007           SCHIFFRIN BARROWAY
                                          TOPAZ & KESSLER, LLP

18

19                            /s/ Eric L. Zagar
                            Eric L. Zagar

20                            Robin Winchester
                            Emanuel Shachmurove

21                            280 King of Prussia Road
                            Radnor, PA 19087

22                            Telephone: (610) 667-7706
                            Facsimile: (610) 667-7056

23

24

25

26

27

28                                     1

1    LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2    Shawn A. Williams (213113)
     Monique C. Winkler (213031)
3    Aelish Baig
     100 Pine Street, Suite 2600
4    San Francisco, CA 94111
     Telephone: (415) 288-4545
5    Facsimile: (415) 299-4534

6    *Attorneys for Plaintiffs*

7

8    Dated: February 21, 2007          MORRISON & FOERSTER LLP

9                                      /s/ Diane E. Prithcard
10                                     Diane E. Pritchard
                                       425 Market Street
11                                     San Francisco, CA 94105-2485
                                       Telephone:  (415) 268-7000
12                                     Facsimile:  (415) 268-7522

13                                     *Attorneys for Defendants*

14

15        IT IS SO ORDERED.

16

17   Dated: _____2/23/07_____      _____
18                                          Hon. Jeremy Fogel
                                        United States District Judge
19

20

21

22

23

24

25

26

27

28                                     2

Master Case No. C-06-05157 JF