| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>Shawn A. Williams (213113)<br>Monique C. Winkler (213031)<br>Aelish Baig (201279)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 288-4545<br>Facsimile: (415) 299-4534<br>           -and-<br>LERACH COUGHLIN STOIA<br>  GELLER RUDMAN & ROBBINS LLP<br>Travis E. Downs III (148274)<br>Benny C. Goodman III (211302)<br>Thomas G. Wilhelm (234980)<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>travisd@lerachlaw.com<br>bennyg@lerachlaw.com<br>twilhelm@lerachlaw.com | SCHIFFRIN BARROWAY<br>  TOPAZ & KESSLER, LLP<br>Eric L. Zagar<br>Robin Winchester<br>Emanuel Shachmurove<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br><br>**E-filed 4/27/07** |

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re DITECH NETWORKS, INC.,<br><br>*This Document Relates to: All Actions* | Master Case No. C-06-05157 JF<br><br>**STIPULATION AND [**~~PROPOSED~~**]**<br>**ORDER REVISING BRIEFING**<br>**SCHEDULE** |

1  WHEREAS, on April 2, 2007, in accordance with this Court's February 20, 2007 order, Defendants filed their motions to dismiss;

WHEREAS, Plaintiffs' opposition to Defendants' motions to dismiss is due no later than May 2, 2007;

WHEREAS, Defendants have agreed to allow Plaintiffs an extension to file their opposition to the pending motions to dismiss by no later than May 7, 2007.

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel herein, as follows:

1. Plaintiffs shall have until May 7, 2007, to file an opposition to motions to dismiss.
2. Defendants' reply papers, if any, shall be served no later than May 25, 2007.

IT IS SO STIPULATED.

Dated: April 25, 2007

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

/s/ Robin Winchester
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Shawn A. Williams (213113)
Monique C. Winkler (213031)
Aelish Baig (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 299-4534

*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE        - 2 -
Master Case No. C-06-05157 JF

1 | Dated: April 26, 2007          MORRISON & FOERSTER LLP

/s/ Brian L. Levine
Brian L. Levine
755 Page Mill Road
Palo Alto, CA  94304
Telephone:  (650) 813-5600
Facsimile: (650) 494-0792

*Attorneys for Defendants*

\*     \*     \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __April 27__, 2007

_____
Honorable Jeremy Fogel
United States District Judge