1  DARRYL P. RAINS (State Bar No. 104802)
   EUGENE ILLOVSKY (State Bar No. 117892)
2  BRIAN L. LEVINE (State Bar No. 246726)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California  94304-1018
4  Telephone:  (650) 813-5600
   Facsimile:  (650) 494-0792
5  Email:  DRains@mofo.com

6  Attorneys for defendants Timothy K. Montgomery, Serge
   Stepanoff, William J. Tamblyn, Toni M. Bellin, Robert T.
7  DeVincenzi, Lowell B. Trangsrud, James H. Grady, Lee H.
   House, Ian M. Wright, Chalan M. Aras, Gregory M. Avis,
8  William A. Hasler, Andrei M. Manoliu, David M. Sugishita and
   Edwin L. Harper

**E-filed 7/12/07**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:  All Actions | Case No. C 06-05157 JF<br><br>STIPULATION AND [~~PROPOSE~~D] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE<br><br>Date:  August 3, 2007<br>Time:  10:30 a.m.<br>Place: Courtroom 3<br>Honorable Jeremy Fogel |

1  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their respective counsel herein, as follows:

Given that the Court has not yet issued a ruling on Defendants Motions to Dismiss, the case management conference currently scheduled for August 3, 2007 shall be vacated and reset for October 5, 2007.

IT IS SO STIPULATED.

Dated:  July 10, 2007    SCHIFFRIN BARROWAY
                         TOPAZ & KESSLER, LLP

                         /s/Emanuel Shachmurove
                         Eric L. Zagar
                         Robin Winchester
                         Emanuel Shachmurove
                         280 King of Prussia Road
                         Radnor, PA 19087
                         Telephone: (610) 667-7706
                         Facsimile: (610) 667-7056

                         LERACH COUGHLIN STOIA GELLER
                           RUDMAN & ROBBINS LLP
                         Shawn A. Williams (213113)
                         Monique C. Winkler (213031)
                         Aelish Baig
                         100 Pine Street, Suite 2600
                         San Francisco, CA 94111
                         Telephone: (415) 288-4545
                         Facsimile: (415) 299-4534

                         *Attorneys for Plaintiffs*

Dated: July 10, 2007    MORRISON & FOERSTER LLP

                         /s/Brian L. Levine
                         Brian L. Levine
                         755 Page Mill Road
                         Palo Alto, California  94304-1018
                         Telephone:  (650) 813-5600
                         Facsimile:  (650) 494-0792
                         *Attorneys for Defendants*

1    I, Brian L. Levine, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE-SETTING CASE MANAGEMENT CONFERENCE. In compliance with General Order 45, X.B., I hereby attest that Emanuel Shachmurove has concurred in this filing.

Dated: July 10, 2007    MORRISON & FOERSTER LLP

By:  /s/Brian L. Levine
     Brian L. Levine

     Attorneys for defendants Timothy K. Montgomery, Serge Stepanoff, William J. Tamblyn, Toni M. Bellin, Robert T. DeVincenzi, Lowell B. Trangsrud, James H. Grady, Lee H. House, Ian M. Wright, Chalan M. Aras, Gregory M. Avis, William A. Hasler, Andrei M. Manoliu, David M. Sugishita and Edwin L. Harper

\*    \*    \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___7/12_____, 2007

_____
Honorable Jeremy Fogel
United States District Judge