*efiled 8/7/07

1  DARRYL P. RAINS (State Bar No. 104802)
   EUGENE ILLOVSKY (State Bar No. 117892)
2  BRIAN L. LEVINE (State Bar No. 246726)
   MORRISON & FOERSTER LLP
3  755 Page Mill Road
   Palo Alto, California 94304-1018
4  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
5  Email: DRains@mofo.com

6  Attorneys for defendants Timothy K. Montgomery, Serge
   Stepanoff, William J. Tamblyn, Toni M. Bellin, Robert T.
7  DeVincenzi, Lowell B. Trangsrud, James H. Grady, Lee H.
   House, Ian M. Wright, Chalan M. Aras, Gregory M. Avis,
8  William A. Hasler, Andrei M. Manoliu, David M. Sugishita and
   Edwin L. Harper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Case No. C 06-05157 JF<br><br>STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE<br><br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

1    WHEREAS, on July 16, 2007, the court granted with leave to amend, defendants' motions to
2 dismiss for failure to state a claim and deferred the motion to dismiss for failure to make a demand.
3    WHEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through
4 their respective counsel of record, subject to the approval of the Court:
5    1.    Plaintiffs shall file an amended complaint by no later than September 7, 2007.
6    2.    Defendants shall file a motion to dismiss the amended complaint by no later than
7 October 22, 2007.
8    3.    Plaintiffs shall file an opposition to Defendants' motion to dismiss by no later than
9 November 21, 2007.
10    4.    Defendants shall reply to Plaintiffs' opposition to Defendants' motion to dismiss by no
11 later than December 21, 2007.
12    5.    The Hearing on the motion to dismiss shall be scheduled for January 7, 2008 at 9:00
13 a.m., subject to the approval of the Court.

Dated:  August 1, 2007            SCHIFFRIN BARROWAY
                                  TOPAZ & KESSLER, LLP

                                  /s/Emanuel Shachmurove
                                  Eric L. Zagar
                                  Robin Winchester
                                  Emanuel Shachmurove
                                  280 King of Prussia Road
                                  Radnor, PA 19087
                                  Telephone: (610) 667-7706
                                  Facsimile: (610) 667-7056

                                    LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                  Shawn A. Williams (213113)
                                  Monique C. Winkler (213031)
                                  Aelish Baig
                                  100 Pine Street, Suite 2600
                                  San Francisco, CA 94111
                                  Telephone: (415) 288-4545
                                  Facsimile: (415) 299-4534
                                  *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: August 1, 2007 | MORRISON & FOERSTER LLP |
| 2 | | /s/Brian L. Levine |
| 3 | | Brian L. Levine |
| | | 755 Page Mill Road |
| 4 | | Palo Alto, California 94304-1018 |
| | | Telephone: (650) 813-5600 |
| 5 | | Facsimile: (650) 494-0792 |
| | | *Attorneys for Defendants* |

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE.** In compliance with General Order 45, X.B., I hereby attest that Emanuel Shachmurove has concurred in this filing.

Dated: August 1, 2007                    MORRISON & FOERSTER LLP

By:   /s/Brian L. Levine
       Brian L. Levine

Attorneys for defendants Timothy K. Montgomery, Serge Stepanoff, William J. Tamblyn, Toni M. Bellin, Robert T. DeVincenzi, Lowell B. Trangsrud, James H. Grady, Lee H. House, Ian M. Wright, Chalan M. Aras, Gregory M. Avis, William A. Hasler, Andrei M. Manoliu, David M. Sugishita and Edwin L. Harper

*     *     *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/3/07

Honorable Jeremy Fogel
United States District Judge