SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**E-filed 9/27/07**

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:  All Actions | Case No. C 06-05157 JF<br><br>REVISED STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE<br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

1    WHEREAS, on July 16, 2007, the court granted with leave to amend, defendants' motions to
2    dismiss for failure to state a claim and deferred the motion to dismiss for failure to make a demand.
3    WHEREAS, on August 1, 2007, Plaintiffs and Defendants agreed to a scheduling stipulation
4    that was granted by the Court's August 3, 2007 Order.
5    WHEREAS, Plaintiffs and Defendants now wish to further extend the previously submitted
6    schedule.
7    WHEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through
8    their respective counsel of record, subject to the approval of the Court:
9    1.    Plaintiffs shall file an amended complaint by no later than September 21, 2007.
10   2.    Defendants shall file a motion to dismiss the amended complaint by no later than
11   November 30, 2007.
12   3.    Plaintiffs shall file an opposition to Defendants' motion to dismiss by no later than
13   December 28, 2007.
14   4.    Defendants shall reply to Plaintiffs' opposition to Defendants' motion to dismiss by no
15   later than January 25, 2008.
16   5.    The Hearing on the motion to dismiss shall be scheduled for February 15, 2008 at 9:00
17   a.m., subject to the approval of the Court.

Dated:  September 7, 2007            SCHIFFRIN BARROWAY
                                     TOPAZ & KESSLER, LLP

                                     /s/Emanuel Shachmurove
                                     Eric L. Zagar
                                     Robin Winchester
                                     Emanuel Shachmurove
                                     280 King of Prussia Road
                                     Radnor, PA 19087
                                     Telephone: (610) 667-7706
                                     Facsimile: (610) 667-7056

                                     LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP
                                     Shawn A. Williams (213113)
                                     Monique C. Winkler (213031)
                                     Aelish Baig
                                     100 Pine Street, Suite 2600

REVISED STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE        1
CASE NO. C 06-05157 JF

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 288-4545 |
|   | Facsimile: (415) 299-4534 |

*Attorneys for Plaintiffs*

Dated: September 7, 2007    MORRISON & FOERSTER LLP

/s/Brian L. Levine
Brian L. Levine
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792
*Attorneys for Defendants*

I, Emanuel Shachmurove, am the ECF User whose ID and password are being used to file this **REVISED STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE.** In compliance with General Order 45, X.B., I hereby attest that Brian L. Levine has concurred in this filing.

Dated: September 7, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

By:    /s/ Emanuel Shachmurove

Emanuel Shachmurove
*Attorneys for Plaintiffs*

\*      \*      \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __9/27/07_____

_____
Honorable Jeremy Fogel
United States District Judge