DARRYL P. RAINS (State Bar No. 104802)
EUGENE ILLOVSKY (State Bar No. 117892)
BRIAN L. LEVINE (State Bar No. 246726)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: DRains@mofo.com

Attorneys for defendants Timothy K. Montgomery, Serge Stepanoff, William J. Tamblyn, Toni M. Bellin, Robert T. DeVincenzi, Lowell B. Trangsrud, James H. Grady, Lee H. House, Ian M. Wright, Chalan M. Aras, Gregory M. Avis, William A. Hasler, Andrei M. Manoliu, David M. Sugishita and Edwin L. Harper

**E-filed 10/2/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:  All Actions | Case No. C 06-05157 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESETTING CASE MANAGEMENT CONFERENCE<br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

1   WHEREAS, on September 21, 2007, plaintiffs filed their Verified Second Amended
2   Consolidated Shareholder Derivative Complaint in this matter;
3   WHEREAS a Case Management Conference in this matter is currently scheduled for
4   October 5, 2007; and
5   WHEREAS a hearing on defendants' motions dismiss is currently scheduled for February 15,
6   2008, at 9:00 am;
7   WHEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through
8   their respective counsel of record, subject to the approval of the Court, that the Case Management
9   Conference currently scheduled for October 5, 2007, shall be reset for February 15, 2008,
10  immediately following the hearing on the motions to dismiss.

Dated:  September 28, 2007                SCHIFFRIN BARROWAY
                                          TOPAZ & KESSLER, LLP

                                          /s/Emanuel Shachmurove
                                          Eric L. Zagar
                                          Robin Winchester
                                          Emanuel Shachmurove
                                          280 King of Prussia Road
                                          Radnor, PA 19087
                                          Telephone: (610) 667-7706
                                          Facsimile: (610) 667-7056

                                              LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
                                          Shawn A. Williams (213113)
                                          Monique C. Winkler (213031)
                                          Aelish Baig
                                          100 Pine Street, Suite 2600
                                          San Francisco, CA 94111
                                          Telephone: (415) 288-4545
                                          Facsimile: (415) 299-4534
                                          *Attorneys for Plaintiffs*

| | |
|---|---|
| Dated: September 28, 2007 | MORRISON & FOERSTER LLP |
| | /s/Brian L. Levine |
| | Brian L. Levine |
| | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| | Facsimile: (650) 494-0792 |
| | *Attorneys for Defendants* |

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45, X.B., I hereby attest that Emanuel Shachmurove has concurred in this filing.

| | |
|---|---|
| Dated: September 28, 2007 | MORRISON & FOERSTER LLP |
| | By: /s/Brian L. Levine |
| |     Brian L. Levine |

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____ 10/1/07 _____

_____
Honorable Jeremy Fogel
United States District Judge