COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Shawn A. Williams (213113)
Monique C. Winkler (213031)
Aelish Baig (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 299-4534
        -and-
COUGHLIN STOIA
  GELLER RUDMAN & ROBBINS LLP
Travis E. Downs III (148274)
Benny C. Goodman III (211302)
Thomas G. Wilhelm (234980)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
travisd@lerachlaw.com
bennyg@lerachlaw.com
twilhelm@lerachlaw.com

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| In re DITECH NETWORKS, INC., <br><br> *This Document Relates to:  All Actions* | Master Case No. C-06-05157 JF <br><br> **STIPULATION AND** [~~PROPOSED~~] **ORDER MOVING FEBRUARY 15, 2008 HEARING DATE** |

1  WHEREAS, a hearing on defendants' motions to dismiss plaintiffs' second amended
2  consolidated complaint is currently scheduled for February 15, 2008 at 9:00 am;
3  WHEREAS, for the mutual convenience of both parties, the parties respectfully request
4  that the hearing be moved to February 8, 2008 at 9:00 am;
5  IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendants, through their
6  respective counsel herein, that the hearing on defendants' motions to dismiss plaintiffs' second
7  amended consolidated complaint shall be reset for February 8, 2008 at 9:00 am, subject to the
8  approval of the Court.
9  IT IS SO STIPULATED.

Dated:  November 19, 2007

SCHIFFRIN BARROWAY
  TOPAZ & KESSLER, LLP

/s/ Robin Winchester
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
Shawn A. Williams (213113)
Monique C. Winkler (213031)
Aelish Baig (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 299-4534

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: November 19, 2007 | MORRISON & FOERSTER LLP |
| 2 | | /s/ Brian L. Levine |
| 3 | | Brian L. Levine |
| | | 755 Page Mill Road |
| 4 | | Palo Alto, CA  94304 |
| | | Telephone:  (650) 813-5600 |
| 5 | | Facsimile: (650) 494-0792 |
| 6 | | *Attorneys for Defendants* |

*       *       *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __11/28/07_____          _____
                                    Honorable Jeremy Fogel
                                    United States District Judge