SCHIFFRIN BARROWAY
   TOPAZ & KESSLER, LLP
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Case No. C 06-05157 JF<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS TO FILE OMNIBUS OPPOSITION BRIEF AND EXCEED PAGE LIMIT<br><br>Assigned to Judge Jeremy Fogel<br>Courtroom 3, 5th Floor |

| | |
|---|---|
| 1 | WHEREAS, on July 16, 2007, the court granted with leave to amend, defendants' motions to |
| 2 | dismiss for failure to state a claim and deferred the motion to dismiss for failure to make a demand. |
| 3 | WHEREAS, on August 1, 2007, Plaintiffs and Defendants agreed to a scheduling stipulation |
| 4 | that was granted by the Court's August 3, 2007 Order. |
| 5 | WHEREAS, on November 30, 2007, Defendants filed: (1) Ditech's Motion to Dismiss for |
| 6 | Failure to Comply With Rule 23.1; and (2) Individual Defendants' Motion to Dismiss Second |
| 7 | Amended Complaint Under Rule 12(b)(6); |
| 8 | WHEREAS, the parties above have met and conferred, and agree that Plaintiffs should be |
| 9 | granted leave to file an omnibus opposition brief which responds to both of Defendants' motions to |
| 10 | dismiss and exceeds the applicable page limit set by Civil L.R. 7-4(b); |
| 11 | WHEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through |
| 12 | their respective counsel of record, subject to the approval of the Court: |
| 13 | 1. Plaintiffs shall have a page limit of 40 pages of text for their omnibus opposition to |
| 14 | Defendants' motions to dismiss |

Dated: December 26, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

/s/Emanuel Shachmurove
Eric L. Zagar
Robin Winchester
Emanuel Shachmurove
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
Shawn A. Williams (213113)
Monique C. Winkler (213031)
Aelish Baig
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 299-4534

*Attorneys for Plaintiffs*

Dated: December 26, 2007                    MORRISON & FOERSTER LLP

/s/Brian L. Levine
Brian L. Levine
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone:  (650) 813-5600
Facsimile:  (650) 494-0792
*Attorneys for Defendants*

I, Emanuel Shachmurove, am the ECF User whose ID and password are being used to file this **REVISED STIPULATION AND [PROPOSED] ORDER SETTING PLEADING SCHEDULE.** In compliance with General Order 45, X.B., I hereby attest that Brian L. Levine has concurred in this filing.

Dated: December 26, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP

By:    /s/ Emanuel Shachmurove

Emanuel Shachmurove
*Attorneys for Plaintiffs*

\*     \*     \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/4/08

_____
Honorable Jeremy Fogel
United States District Judge