**\*\*E-filed 5/28/08\*\***

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@csgrr.com
shawnw@csgrr.com
abaig@csgrr.com
cwood@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bennyg@csgrr.com

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP
ERIC L. ZAGAR
ROBIN WINCHESTER
280 King of Prussia Road
Radnor, PA  19087
Telephone:  610/667-7706
610/667-7056 (fax)
ezagar@sbtklaw.com
rwinchester@sbtklaw.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) | No. C-06-05157-JF |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING MAY 23, 2008 CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

1    WHEREAS, on March 26, 2008, the Court dismissed plaintiffs' Second Amended Complaint
2    without prejudice, ordering an amended complaint be filed on or before April 25, 2008;

3    WHEREAS, on April 25, 2008, plaintiffs assert that, instead of filing an Amended
4    Complaint, they elected to make a demand on defendants pursuant to Delaware law;

5    WHEREAS, on May 12, 2008, defendants filed a Motion For Dismissal With Prejudice
6    which is currently scheduled to be heard on August 1, 2008;

7    WHEREAS, plaintiffs currently intend to file a Motion to Stay the proceedings and to set a
8    hearing date for such motion also on August 1, 2008; and

9    WHEREAS, in light of status of the parties motions, the parties believe that the interests of
10   judicial economy are better served by postponing the May 23, 2008 Case Management Conference
11   until July 11, 2008 at 10:30 a.m.

12   IT IS THEREFORE STIPULATED AND AGREED by plaintiffs and defendants, through
13   their respective counsel of record, that, subject to the Court's approval, the May 23, 2008 Case
14   Management Conference shall be taken off calendar and rescheduled for July 11, 2008 at 10:30 a.m.

15   DATED:  May 23, 2008                        COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
16                                              JOHN K. GRANT
                                                SHAWN A. WILLIAMS
17                                              AELISH M. BAIG
                                                CHRISTOPHER M. WOOD
18

19                                                      s/ Christopher M. Wood
20                                                 CHRISTOPHER M. WOOD

21                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
22                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
23
                                                COUGHLIN STOIA GELLER
24                                                 RUDMAN & ROBBINS LLP
                                                TRAVIS E. DOWNS III
25                                              BENNY C. GOODMAN III
                                                655 West Broadway, Suite 1900
26                                              San Diego, CA  92101
                                                Telephone:  619/231-1058
27                                              619/231-7423 (fax)

28

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 23, 2008 CASE MANAGEMENT
CONFERENCE - C-06-05157-JF                                                              - 1 -

1

2      SCHIFFRIN BARROWAY TOPAZ
          & KESSLER LLP
3      ERIC L. ZAGAR
       ROBIN WINCHESTER
4      280 King of Prussia Road
       Radnor, PA  19087
       Telephone:  610/667-7706
5      610/667-7056 (fax)

6      Co-Lead Counsel for Plaintiffs

7
DATED:  May 23, 2008        MORRISON & FOERSTER, LLP
8      DARYL P. RAINS
       EUGENE ILLOVSKY
9      BRIAN L. LEVINE

10

11              s/ Brian L. Levine
                     BRIAN L. LEVINE
12
       755 Page Mill Road
13     Palo Alto, CA  94304-1018
       Telephone:  650/813-5600
14     650/494-0792 (fax)

15     Attorneys for Defendants

16         I, Christopher M. Wood, am the ECF User whose ID and password are being used to file this
Stipulation and [Proposed] Order Continuing May 23, 2008 Case Management Conference.  In
17  compliance with General Order 45, X.B., I hereby attest that Brian L. Levine has concurred in this
filing.
18
DATED:  May 23, 2008              s/ Christopher M. Wood
19                                   CHRISTOPHER M. WOOD

20                     *      *      *

21                          **O R D E R**

22         PURSUANT TO STIPULATION, the Case Management Conference currently scheduled for

23  May 23, 2008 shall be taken off calendar and rescheduled for 10:30 a.m. on July 11, 2008, or at

24  another date convenient for the Court.

25         IT IS SO ORDERED.

26  DATED:  ___5/28/08_____          _____
                                         THE HONORABLE JEREMY FOGEL
27                                        UNITED STATES DISTRICT JUDGE

28  T:\CasesSF\Ditech\S_O00051529.doc

STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 23, 2008 CASE MANAGEMENT
CONFERENCE - C-06-05157-JF                                              - 2 -

1

<u>CERTIFICATE OF SERVICE</u>

2     I hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on May 23, 2008.

9

<u> s/ Christopher M Wood </u>

10 CHRISTOPHER M. WOOD

11 COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP

12 100 Pine Street, 26th Floor

13 San Francisco, CA  94111
   Telephone:  415/288-4545

14 415/288-4534 (fax)
   E-mail:cwood@csgrr.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Mailing Information for a Case 5:06-cv-05157-JF

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lawrence Timothy Fisher**
  ltfisher@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **John K. Grant**
  johnkg@csgrr.com,JDecena@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

- **Brian Lawrence Levine**
  vvandergrift@mofo.com,BLevine@mofo.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Diane Elizabeth Pritchard**
  dpritchard@mofo.com,blevine@mofo.com,mbenedict@mofo.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

- **Kathryn Anne Schofield**
  kschofield@bramsonplutzik.com,moldenburg@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Robin Winchester**
  rwinchester@sbtklaw.com,jwilliams@sbtklaw.com,cmcginnis@sbtklaw.com,swolfenden@sbtklaw.com,ckeller@sbtklaw.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sandra G. Smith
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
```