1

2

3          UNITED STATES DISTRICT COURT

4       FOR THE NORTHERN DISTRICT OF CALIFORNIA

5              SAN JOSE DIVISION

6

7   IN RE DITECH NETWORKS, INC.                    Case No.  CV-06-5157-JF
    DERIVATIVE LITIGATION,
                                                   ORDER ADMINISTRATIVELY
8                                                  CLOSING CONSOLIDATED ACTION

9

10

11

12          On November 29, 2006 the above entitled matter was consolidated with case numbers

13   CV-06-5242-JF and CV-06-6877-JF.  At that time, the Court deemed case number CV-06-5157-JF

     the lead case.  In light of the consolidation, the clerk shall administratively close the following cases:
14
     CV-06-5242-JF and CV-06-6877-JF.
15

16

17   IT IS SO ORDERED.

18

19

20

21

     Dated: September 15, 2009
22

                                                   _____
23                                                 JEREMY FOGEL
                                                   United States District Judge
24

25

26

27

28